UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE O. 04-MJ-00481-RBC |
| ) | |
| ANTHONY JUNAID ) | |

## ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING

The United States, with the assent of the defendant, hereby moves the Court to continue the probable cause hearing in this matter, currently scheduled to be held on October 20, 2004, for approximately 30 days. As grounds, the government states that the parties are engaged in discussion concerning possible resolution of this matter and agree that conducting a probable cause hearing at this time is not in the interest of judicial economy or of the parties.

Wherefore, moves the Court to continue the probable cause hearing in this matter for approximately 30 days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3264

10-19-04

*Noreen [signature]*

Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the defendant by first-class mail, postage prepaid, on October 19, 2004.

*[signature]*
JOHN A. CAPIN